IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION FOR A WARRANT AUTHORIZING THE INSTALLATION AND MONITORING OF TRACKING DEVICES IN OR ON A BLACK COLORED BMW 328 I DISPLAYING REGISTRATION NORTH CAROLINA ELC-96445 AND VIN #WBAVA33558KX86483 | DOCKET NO. 1:18MJ103 |

## ORDER TO UNSEAL

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, for an Order directing that the Search Warrant, Application for Search Warrant, Affidavit, and Attachments in support of the Search Warrant, along with any Motion and Order issued pursuant to the Government's Motion to Seal in the above referenced case be unsealed,

**IT IS HEREBY ORDERED** that the Search Warrant, Application for Search Warrant, Affidavit, and Attachments in support of the Search Warrant, along with any Motion and Order issued pursuant to the Government's Motion to Seal in the above referenced case be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 26th day of March, 2019.

W. CARLETON METCALF
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA